UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GURLAL SINGH,<br><br>            Petitioner,<br><br>            v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>            Respondents. | NO. 2:19-cv-01301-RSM-MLP<br><br>ORDER TO SEAL |

Pursuant to Local Civil Rule 5(g), Federal Respondents U.S. Department of Homeland Security ("DHS"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Justice; William P. Barr, Attorney General of the United States; Kevin K. McAleenan, Acting Secretary of DHS; Kenneth T. Cuccinelli, Acting Director of USCIS; Emilia M. Bardini, Director, San Francisco Asylum Office, USCIS; and Elizabeth Godfrey, Acting Field Office Director, Seattle Field Office, U.S. Immigration and Customs Enforcement ("ICE") (collectively, the United States), moved to seal one supporting exhibit to the United States' Return Memorandum and Motion to Dismiss. The document contains

[PROPOSED] ORDER TO SEAL - 1
(2:19-cv-01301-RSM-MLP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

details of Petitioner Gurlal Singh's asylum claim, including the reasons he allegedly fears persecution if he returns to India. For the reasons stated in the United States' Motion to Seal, the Court finds that the Motion should be granted.

Accordingly, the United States' Motion to Seal is GRANTED and the United States may file under seal Exhibit L to the Declaration of Michelle R. Lambert, filed in support of the United States' *Return Memorandum and Motion to Dismiss*.

IT IS SO ORDERED.

DATED this 9th day of December, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

*s/ Michelle R. Lambert*
Michelle R. Lambert, NYS#4666657
Assistant United States Attorney

[PROPOSED] ORDER TO SEAL - 2
(2:19-cv-01301-RSM-MLP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970