# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GURLAL SINGH,<br><br>                Petitioner,<br><br>    v.<br><br>UNITED STATED DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                Respondents. | Case No. C19-1301-RSM<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation (Dkt. #12).

    (2)    The Government's motion to dismiss (Dkt. #5) is GRANTED.

    (3)    Petitioner's habeas petition (Dkt. #1) is DENIED.

    (4)    The stay of removal (Dkt. #3) is VACATED.

    (5)    This action is DISMISSED with prejudice.

\\

\\

(6) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 21st day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2